UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAILA L. HLASS**<br>**TULANE UNIVERSITY LAW SCHOOL**<br>6329 Freret Street, Suite 216-E<br>New Orleans, LA 70118<br><br>**THE DOOR – A CENTER OF ALTERNATIVES**<br>121 Avenue of the Americas<br>New York, NY 10013<br><br>*Plaintiffs*,<br><br>v.<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,**<br>20 Massachusetts Ave N.W.<br>Washington, D.C. 20529<br><br>*Defendant.* | Civil Action No. 21-2200 (TSC) |

## SECOND JOINT STATUS REPORT

1. Pursuant to the Court's Minute Order dated November 8, 2021 ("Minute Order"), Plaintiffs and Defendant respectfully submit the following joint status report to the Court.

2. In the last joint status report to the Court, Defendant reported that it was working to provide additional information to Plaintiffs regarding their concerns with the data and productions received, and that Defendant stated that it anticipated that it would be producing data responsive to the request in late-November. *See* ECF Do. No. 8, ¶¶ 9-10. On November 23, 2021, Defendant provided additional information responding to Plaintiffs' inquiries.[1]  On December 2,

---

[1] Plaintiffs are still analyzing Defendant's response to those inquiries, and for the avoidance of doubt, reserve the right to seek further explanation or clarification from Defendant.

2021, Defendant provide two data sets to Plaintiffs. Plaintiffs need more time to assess whether the data sets are completely responsive to Plaintiffs' FOIA Request, or if in Plaintiffs' perspective, there are any deficiencies in the production.  Accordingly, the parties will provide a further update to the Court in 30 days time in accordance with the Minute Order.

Respectfully submitted,

Dated: December 2, 2021

| | |
|---|---|
| MATTHEW M. GRAVES<br>D.C. Bar No. 481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:  */s/ Brenda Gonzalez Horowitz*<br>BRENDA GONZÁLEZ HOROWITZ<br>D.C. Bar No. 1017243<br>Assistant United States Attorney<br>U.S. Attorney's Office, Civil Division<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 252-2512<br>Brenda.Gonzalez.Horowitz@usdoj.gov<br><br>*Attorneys for the United States* | **MILBANK LLP**<br><br>By: */s/ Aaron Renenger*<br>Aaron L. Renenger Bar ID # 489481<br>Stephen Benz Bar ID # 1619567<br>1850 K Street NW, Suite 1100<br>Washington, D.C. 20006<br>Telephone:  202-835-7500<br>Email:  arenenger@milbank.com;<br>           sbenz1@milbank.com.<br><br>*Attorneys for Plaintiffs* |