UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAILA L. HLASS**<br>**TULANE UNIVERSITY LAW SCHOOL**<br>6329 Freret Street, Suite 216-E<br>New Orleans, LA 70118<br><br>**THE DOOR – A CENTER OF ALTERNATIVES**<br>121 Avenue of the Americas<br>New York, NY 10013<br><br>*Plaintiffs*,<br><br>v.<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,**<br>20 Massachusetts Ave N.W.<br>Washington, D.C. 20529<br><br>*Defendant.* | Civil Action No. 21-2200 (TSC) |

## THIRD JOINT STATUS REPORT

1. Pursuant to the Court's Minute Order dated November 8, 2021 ("Minute Order"), Plaintiffs and Defendant respectfully submit the following joint status report to the Court.

2. On December 2, 2021, Defendant produced two data sets to Plaintiffs. Plaintiffs continue to assess whether the data sets are completely responsive to Plaintiffs' FOIA Request, or if there are any deficiencies in Defendant's production. Plaintiffs intend to complete that process in the next several weeks. The parties will provide a further update to the Court in 30 days in accordance with the Minute Order.

Respectfully submitted,
Dated: January 3, 2022

|  |  |
|---|---|
| MATTHEW M. GRAVES<br>D.C. Bar No. 481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By: */s/ Brenda Gonzalez-Horowitz*<br>BRENDA GONZÁLEZ HOROWITZ<br>D.C. Bar No. 1017243<br>Assistant United States Attorney<br>U.S. Attorney's Office, Civil Division<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 252-2512<br>Brenda.Gonzalez.Horowitz@usdoj.gov<br><br>*Attorneys for the United States* | **MILBANK LLP**<br><br>By: */s/ Aaron Renenger*<br>Aaron L. Renenger Bar ID # 489481<br>Stephen Benz Bar ID # 1619567<br>1850 K Street NW, Suite 1100<br>Washington, D.C. 20006<br>Telephone: 202-835-7500<br>Email: arenenger@milbank.com;<br>         sbenz1@milbank.com.<br><br>*Attorneys for Plaintiffs* |