UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAILA L. HLASS**<br>**TULANE UNIVERSITY LAW SCHOOL**<br>6329 Freret Street, Suite 216-E<br>New Orleans, LA 70118<br><br>**THE DOOR – A CENTER OF**<br>**ALTERNATIVES**<br>121 Avenue of the Americas<br>New York, NY 10013<br><br>*Plaintiffs*,<br><br>v.<br><br>**UNITED STATES CITIZENSHIP AND**<br>**IMMIGRATION SERVICES,**<br>20 Massachusetts Ave N.W.<br>Washington, D.C. 20529<br><br>*Defendant.* | Civil Action No. 21-2200 (TSC) |

## FOURTH JOINT STATUS REPORT

1. Pursuant to the Court's Minute Order dated November 8, 2021 ("Minute Order"), Plaintiffs and Defendant respectfully submit the following joint status report to the Court.

2. On December 2, 2021, Defendant produced two data sets to Plaintiffs. After an initial review of the data sets, Plaintiffs have compiled a set of preliminary questions in relation to Defendant's production and requested a meet and confer with representatives from Defendant to address those inquiries. Defendant is identifying individuals with technical knowledge of the data set who may be able to provide responses to Plaintiffs' inquiries. The parties plan to meet and confer regarding the Plaintiffs' questions within the next couple of weeks. The parties will provide a further update to the Court in 30 days in accordance with the Minute Order.

Respectfully submitted,
Dated: February 2, 2022

| | |
|---|---|
| MATTHEW M. GRAVES<br>D.C. Bar No. 481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:  */s/ Brenda Gonzalez Horowitz*<br>BRENDA GONZÁLEZ HOROWITZ<br>D.C. Bar No. 1017243<br>Assistant United States Attorney<br>U.S. Attorney's Office, Civil Division<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 252-2512<br>Brenda.Gonzalez.Horowitz@usdoj.gov<br><br>*Attorneys for the United States* | **MILBANK LLP**<br><br>By: */s/ Aaron Renenger*<br>Aaron L. Renenger Bar ID # 489481<br>Stephen Benz Bar ID # 1619567<br>1850 K Street NW, Suite 1100<br>Washington, D.C. 20006<br>Telephone:  202-835-7500<br>Email:  arenenger@milbank.com;<br>           sbenz1@milbank.com.<br><br>*Attorneys for Plaintiffs* |