# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAILA L. HLASS**<br>**TULANE UNIVERSITY LAW SCHOOL**<br>6329 Freret Street, Suite 216-E<br>New Orleans, LA 70118<br><br>**THE DOOR – A CENTER OF ALTERNATIVES**<br>121 Avenue of the Americas<br>New York, NY 10013<br><br>*Plaintiffs*,<br><br>v.<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,**<br>20 Massachusetts Ave N.W.<br>Washington, D.C. 20529<br><br>*Defendant.* | Civil Action No. 21-2200 (TSC) |

## FIFTH JOINT STATUS REPORT

1. Pursuant to the Court's Minute Order dated November 8, 2021 ("Minute Order"), Plaintiffs and Defendant respectfully submit the following joint status report to the Court.

2. On September 15, 2021, Defendant delivered to Plaintiffs an initial production of two data sets that were partially responsive to Plaintiffs' Request ("Initial Production").

3. On December 2, 2021, Defendant produced two revised data sets to Plaintiffs. After an initial review of the data sets, Plaintiffs compiled a set of preliminary questions in relation to Defendant's production and requested a meet and confer with representatives from Defendant to address those inquiries. Defendant noted that it would identify individuals with technical knowledge of the data set who may be able to provide responses to Plaintiffs' inquiries. *See* ECF

Dkt. No. 10.

4. On March 1, 2022, Defendant entered a consent motion to extend the time to file the next joint status report, and the Court granted that motion on March 4, 2022. *See* ECF Dkt. No. 13.

5. On April 20, 2022, Defendant made a supplementary reproduction of a data set which included a missing variable from prior productions.

6. On May 6, 2022, Defendant through the undersigned counsel noted in an email to Plaintiffs that it has compiled written responses to Plaintiffs' inquiries. Defendant plans to share those written responses with Plaintiff by May 10, 2022. The parties intend to meet and confer regarding the Defendant's written responses once Plaintiffs receive those written responses. The parties will provide a further update to the Court in 30 days in accordance with the Minute Order, unless the Minute Order is modified.

Respectfully submitted,
Dated: May 9, 2022

| | |
|---|---|
| MATTHEW M. GRAVES<br>D.C. Bar No. 481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:   /s/ *Brenda Gonzalez Horowitz*<br>BRENDA GONZÁLEZ HOROWITZ<br>D.C. Bar No. 1017243<br>Assistant United States Attorney<br>U.S. Attorney's Office, Civil Division<br>601 D St., N.W.<br>Washington, D.C. 20530<br>Tel: (202) 252-2512<br>Brenda.Gonzalez.Horowitz@usdoj.gov<br><br>*Attorneys for the United States* | **MILBANK LLP**<br><br>By: */s/ Aaron Renenger*<br>Aaron L. Renenger Bar ID # 489481<br>Stephen Benz Bar ID # 1619567<br>1850 K Street NW, Suite 1100<br>Washington, D.C. 20006<br>Telephone:  202-835-7500<br>Email:  arenenger@milbank.com;<br>         sbenz1@milbank.com.<br><br>*Attorneys for Plaintiffs* |