UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LAILA L. HLASS**<br>**TULANE UNIVERSITY LAW SCHOOL**<br>6329 Freret Street, Suite 216-E<br>New Orleans, LA 70118<br><br>**THE DOOR – A CENTER OF ALTERNATIVES**<br>121 Avenue of the Americas<br>New York, NY 10013<br><br>　　　　　*Plaintiffs*,<br><br>　　　　　v.<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,**<br>20 Massachusetts Ave N.W.<br>Washington, D.C. 20529<br><br>　　　　　*Defendant.* | ）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>） | Civil Action No. 21-2200 (TSC) |

## FIFTEENTH JOINT STATUS REPORT

1.	Pursuant to the Court's Minute Order dated November 8, 2022 ("Minute Order"), Plaintiffs and Defendant respectfully submit the following joint status report to the Court.

2.	The parties have come to an agreement in principle to amicably resolve the matter. Defendant is continuing to execute the terms of the agreement. The parties will update the Court in thirty days in accordance with the Minute Order.

Respectfully submitted,

Dated: March 24, 2023

| | |
|---|---|
| MATTHEW M. GRAVES<br>D.C. Bar No. 481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:  /s/ Brenda González Horowitz<br>BRENDA GONZÁLEZ HOROWITZ<br>D.C. Bar No. 1017243<br>Assistant United States Attorney<br>U.S. Attorney's Office, Civil Division<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 252-2512<br>Brenda.Gonzalez.Horowitz@usdoj.gov<br><br>*Attorneys for the United States* | **MILBANK LLP**<br><br>By: */s/ Aaron Renenger*<br>Aaron L. Renenger Bar ID # 489481<br>1850 K Street NW, Suite 1100<br>Washington, D.C. 20006<br>Telephone:  202-835-7500<br>Email:  arenenger@milbank.com<br><br>*Attorney for Plaintiffs* |